# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shanetta Kimber v. Meta Platforms, Inc., et al.

Case Number: 1:22-cv-04674

An appearance is hereby filed by the undersigned as attorney for:
Defendants (see Exhibit A)

Attorney name (type or print): Matthew C. Crowl

Firm: Riley Safer Holmes & Cancila LLP

Street address: 70 W. Madison Street, Suite 2900

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6201018
(See item 3 in instructions)

Telephone Number: 312-471-8720

Email Address: mcrowl@rshc-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/27/2022

Attorney signature: S/ Matthew C. Crowl
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# EXHIBIT A

Defendants: Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.